IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-1819-ZLW-CBS

RHONDA KYLE

    Plaintiff,

v.

BROWN & BIGELOW, INC., and
BILL SMITH, JR.,

    Defendants.

_____

ORDER OF DISMISSAL
_____

    Pursuant to and in accordance with the Stipulation Of Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, without costs or attorney fees to any party hereto.

    DATED at Denver, Colorado, this __9__, day of January, 2006.

                                      BY THE COURT:

                                      _____

                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court